Judge CHARLES L. GUERIN for the court below, reported at 23 Pa. D. & C. 2d 519.

Commonwealth ex rel. Hairston, Appellant, *v.* Banmiller.

Submitted March 23, 1961. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Eugene Hairston,* appellant, in propria persona.

*William H. Wolf, Jr.* and *Arlen Specter,* Assistant District Attorneys, *Paul M. Chalfin,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, March 30, 1961:

The Order of the Court of Common Pleas No. 4 of Philadelphia County is affirmed on the opinion of Judge CHARLES L. GUERIN for the court below, reported at 23 Pa. D. & C. 2d 562.